# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-3469

_____

United States of America

*Plaintiff - Appellee*

v.

Elmer Lee Wells, Jr.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: May 5, 2021
Filed: May 10, 2021
[Unpublished]

_____

Before COLLOTON, BENTON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Elmer Wells, Jr., appeals a within-Guidelines-range sentence of 21 months in prison for violating the conditions of supervised release. He challenges the substantive reasonableness of the sentence, and his attorney seeks permission to withdraw.

We conclude that Wells's sentence is substantively reasonable. *See United States v. Miller*, 557 F.3d 910, 917 (8th Cir. 2009) (reviewing the reasonableness of a revocation sentence for an abuse of discretion); *United States v. Perkins*, 526 F.3d 1107, 1110 (8th Cir. 2008) (stating that a within-Guidelines-range sentence is presumptively reasonable). The record establishes that the district court[1] sufficiently considered the statutory sentencing factors, 18 U.S.C. §§ 3553(a), 3583(e)(3), and did not rely on an improper factor or commit a clear error of judgment. *See United States v. Larison*, 432 F.3d 921, 923–24 (8th Cir. 2006). Accordingly, we affirm the judgment and grant counsel permission to withdraw.

_____

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.